UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-14035-CV-MARTINEZ/Maynard

JARON IVORY,

      Plaintiff

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., *et al.*,

      Defendants.

                                     /

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Honorable Shaniek Mills Maynard's, United States Magistrate Judge, Report and Recommendation ("R&R"), [ECF No. 13]. Judge Maynard filed an R&R recommending that the Plaintiff's Complaint be dismissed without prejudice for failure to comply with Court Orders and failure to prosecute. (*See id.*)

The Court has reviewed the entire file and record and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Maynard's R&R [ECF No. 13] is **AFFIRMED** and **ADOPTED**. This case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court Orders and failure to prosecute. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Miami, Florida, this _8_ day of May 2026.

                                                 
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    all counsel of record
       Magistrate Judge Maynard